# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2132
Lower Tribunal No. F09-30306
_____

**Gilbert Bernard,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

McLain Law, P.A., and Matthew R. McLain (Longwood), for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>McCoggle v. State</u>, 49 Fla. L. Weekly D772a, at *4 (Fla. 4th DCA Apr. 10, 2024) ("Thus, where resentencing does not involve the consideration of any additional evidence, and where the trial court does not have any discretion in the new sentence it imposes, resentencing is a ministerial act."); <u>Jordan v. State</u>, 143 So. 3d 335, 339 (Fla. 2014) (noting that "resentencing a defendant in his absence will be harmless where it involves only a ministerial act"); <u>see also</u> § 921.1402(2)(c), Fla. Stat. (mandating that "[a] juvenile offender sentenced to a term of more than 15 years under s. 775.082(1)(b)2., s. 775.082(3)(a)5.b., or s. 775.082(3)(b)2.b. is entitled to a review of his or her sentence after 15 years").